UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
   MPI TECH A/S,                               :
                                                              :
            Plaintiff,   :
                                                              :
       -v-                    :
                                                              :
   INTERNATIONAL BUSINESS MACHINES              :
   CORPORATION and CRAWFORD                     :
   TECHNOLOGIES, INC.,                          :
                                                              :
           Defendants.  :
                                                              :
------------------------------------------------------------- X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: January 31, 2017 | |

16-cv-9161 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court has reviewed the parties' submissions at ECF Nos. 37-42.  This flurry of papers reveals that a pending motion for sanctions in another action, Case No. 15-cv-4891, raises serious issues and may be relevant to the issues raised by the parties here.

The Court hereby VACATES its order at ECF No. 36 and STAYS all discovery in this matter, including all jurisdictional discovery, until further order of the Court.  The initial pretrial conference scheduled for February 3, 2017, is ADJOURNED until further notice. The parties shall advise the Court within **five**

**days of the resolution of the motion for sanctions** pending in Case No. 15-cv-4891.

SO ORDERED.

Dated:        New York, New York
              January 31, 2017

_____
              KATHERINE B. FORREST
              United States District Judge