Case 1:16-cv-09161-KBF   Document 47   Fi

```
┌──────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #: _____                  │
│ DATE FILED:  February 6, 2017             │
└──────────────────────────────────────────┘
```

# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

**BY ECF**                                              February 6, 2017

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     ***MPI Tech A/S v. International Business Machines Corporation and
        Crawford Technologies, Inc.***
        No. 16-cv-09161-KBF

Dear Judge Forrest:

The parties to this case write jointly to respectfully request a stay of all proceedings in this case pending resolution of the motion for contempt and/or sanctions in Case No. 15-cv-04891 (the "2015 Case"), including in particular a stay of further briefing on the Defendants' respective motions to dismiss and/or strike the complaint. See Dkt. 26 & 33. Currently, Plaintiff MPI Tech A/S's ("MPI") opposition to the motions to dismiss is due by February 8, 2017, and the Defendants' replies are due by February 15, 2017.[1]

In light of Your Honor's January 31, 2017 Order vacating a previous order, staying all discovery in this matter, and adjourning the initial pretrial conference, *see* Dkt. 45, the parties believe that a stay of the entire case pending resolution of the motion from the 2015 Case is warranted.

*So Ordered. Provide the Court with a status update in 60 days or within 10 days of the resolution of the motion & in the 2015 Case, —— whichever is sooner.*

*/KB. Fo
USDJ    2/6/17*

---

[1] Your Honor's January 26, 2017 Order required MPI's opposition to the motion to dismiss by Defendant Crawford Technologies, Inc. ("Crawford") be filed by March 17, 2017, and Crawford's reply brief be filed by March 31, 2017. *See* Dkt. 36. Because that Order was vacated by the Court's most recent Order, *see* Dkt. 45, the briefing dates related to Crawford's motion to dismiss would revert to those calculated pursuant to Local Civil Rule 6.1(b).