```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 10, 2017
```

**Marc J. Goldstein, Esq.**
**MJG Arbitration & Mediation**

Direct Dial: (2
Mobile:      (

**BY E MAIL PDF**

April 7, 2017

*VIA ECF*
Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *MPI Tech A/S v. International Business Machines Corporation and Crawford Technologies, Inc.,* No. 16-cv-09161 (KBF)(BCM)

Dear Judge Forrest:

The motion before Chief Magistrate Judge Freeman in Case 15 Civ. 4891 referenced in Your Honor's February 6, 2017 Order remains *sub judice* at this time.

Respectfully,

Marc J. Goldstein

cc. Defendants' counsel via ECF

---

Ordered

Provide an additional status update in 60 days or not later than 10 days following resolution of the motion in 15 CIV. 4891.

KBF
US DJ

4/10/17

One Rockefeller Plaza, 11th Floor   New York, New York 10020
Email: Goldstein@Lexmarc.us Web: www.lexmarc.us