**Marc J. Goldstein, Esq.**
**MJG Arbitration & Mediation**

Direct Dial: (212) 799-8605
Mobile:      (917) 498-1230

April 19, 2017

*VIA ECF*
Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *MPI Tech A/S v. International Business Machines Corporation and Crawford Technologies, Inc.*, No. 16-cv-09161 (KBF)(BCM)

Dear Judge Forrest:

   The motion before Chief Magistrate Judge Freeman in Case 15 Civ. 4891 referenced in Your Honor's February 6, 2017 Order has been resolved by a Report and Recommendation in favor of the position that the motion should be granted. On the basis of that ruling, Plantiff has filed a Notice of Dismissal of this action.

Respectfully,

Marc J. Goldstein

cc. Defendants' counsel via ECF